## NIEBUHR v. UNITED STATES.

(Circuit Court of Appeals, Seventh Circuit. January 9, 1922.)

No. 2939.

**Criminal law ⊜⇒1090(8, 14)—Bill of exceptions essential to review of errors in evidence and instructions.**

    A bill of exceptions is essential to the consideration of alleged errors in the admission of evidence and the instructions.

In Error to the District Court of the United States for the Western District of Wisconsin.

Criminal prosecution by the United States against Charles Niebuhr. Judgment of conviction, and defendant brings error. Affirmed.

Q. H. Hale and A. T. Twesme, both of La Crosse, Wis., for plaintiff in error.

Arthur Mulberger, of Watertown, Wis., for defendant in error.

Before ALSCHULER, EVANS, and PAGE, Circuit Judges.

PER CURIAM. Plaintiff in error was convicted of violating the National Prohibition Act (41 Stat. 305), and assigns errors in the trial of the cause which deal with the admission of evidence and the instructions of the court. We are unable to consider their merit, because no bill of exceptions was presented or settled in the court below, and there is nothing to support the assignments of error.

It follows, therefore, that the judgment must be, and it is hereby, affirmed.